No. 99–5901.  MATHIS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–5902.  McCULLOUGH v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 99–5903.  KING v. UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT.  C. A. 8th Cir.  Certiorari denied.

No. 99–5904.  MARTINSON v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 99–5905.  TINEO v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 99–5906.  TELEMAQUE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 99–5908.  WEATHERSPOON v. NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.

No. 99–5910.  SOLIS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 99–5911.  ZELAYA-AMAYA v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 99–5912.  BORGMANN v. ANDERSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 99–5913.  AUGUST v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 99–5919.  NEWLAND v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–5920.  GIBBS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–5922.  HANSEL v. OHIO.  Ct. App. Ohio, Stark County.  Certiorari denied.

No. 99–5923.  GAMBRELL v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 99–5924.  DIXON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.